THERESA A. KRISTOVICH (SBN 66490)
JAN K. BUDDINGH, JR. (SBN 113740)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
tkristovich@gordonrees.com
jbuddingh@gordonrees.com

JOEL S. MOSKOWITZ (SBN: 048374)
101 The Grove Dr.
Los Angeles, CA 90036
Telephone: (323) 900-8189
Facsimile: (323) 900-8101
jmoskowitz@carusoaffiliated.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD W. HUTCHINGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CARUSO AFFILIATED, et al.,<br><br>　　　　Defendants. | CASE NO. 14-0129 RGK (MAN)<br><br>**STIPULATION RE DISMISSAL OF DEFENDANTS RICK CARUSO, CARUSO AFFILIATED HOLDINGS, LLC, AND T.O. LAKES HOLDING CO., LLC**<br><br>(F.R.C.P. 41 (A)(1)) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Floyd Hutchings, through his undersigned counsel of record, and all of the Defendants, through their undersigned counsel of record, that in exchange for All Defendants waiving all recoverable costs they have incurred to date, Plaintiff will agree to dismiss the entire action **with prejudice** against Defendants Rick Caruso,

-1-
STIPULATION RE DISMISSAL OF DEFENDANTS RICK CARUSO, CARUSO AFFILIATED HOLDINGS, LLC AND T.O. LAKES HOLDING CO., LLC (F.R.C.P. Rule 41)
CASE NO. 14-0129 RGK (MAN)

T.O. Lakes Holding Co., LLC and Caruso Affiliated Holdings, LLC, and Plaintiff hereby does dismiss the entire action with prejudice as to Defendants Rick Caruso, T.O. Lakes Holding Co., LLC and Caruso Affiliated Holdings, LLC (as well as Caruso Affiliated and The Lakes at Thousand Oaks, non-entities, and T.O. Civic Arts, LLC, a cancelled limited liability corporation) pursuant to Rule 41(a)(1).

The Parties to this agreement further agree that this Stipulation may be executed in counterparts with counsel for each Party retaining the original of the Stipulation executed on behalf of said counsel's client, and that transmission of the signature page either by facsimile or electronically will constitute valid evidence that this agreement has been executed on behalf of the transmitting Party. Counsel further acknowledge that they have permission and authorization from their clients to enter into this Stipulation.

DATED: October 17, 2014         LAW OFFICES OF WILLIAM
                                A. SALZWEDEL

                                By: /s/ William A. Salzwedel
                                    William A. Salzwedel
                                    Attorney for Plaintiff

DATED: October 20, 2014         GORDON & REES, LLP

                                By: /s/ Theresa A. Kristovich
                                    Theresa A. Kristovich
                                    Jan K. Buddingh, Jr.
                                    Attorneys for All Defendants