UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD W. HUTCHINGS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARUSO AFFILIATED, et al.,<br><br>　　　　　　Defendants. | CASE NO. 14-0129 RGK (MAN)<br><br>**CORRECTED [P̶R̶O̶P̶O̶S̶E̶D̶] JUDGMENT IN FAVOR OF DEFENDANTS CITY OF THOUSAND OAKS, THOUSAND OAKS REDEVELOPMENT AGENCY AND T.O. LAKES, LLC AGAINST PLAINTIFF** |

Having read and considered the Motion for Summary Judgment or, in the alternative, Partial Summary Judgment ("the Motion") filed by Defendants CITY OF THOUSAND OAKS, THOUSAND OAKS REDEVELOPMENT AGENCY AND T.O. LAKES, LLC ("Defendants") against Plaintiff FLOYD HUTCHINGS, including the supporting declarations and evidence together with the Opposition filed by Plaintiff along with opposing declarations and evidence as well as Defendants' reply and evidence filed in support of the Motion, the Court granted the Motion on the grounds that Plaintiff failed to raise a triable issue of material fact to support his First or Second Claims for violation of Titles II or III of the Americans With Disabilities Acts or his Third Claim for negligence and that

-1-

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  Defendants are entitled to judgment as a matter of law on each of such claims as
2  more fully set forth in the Court's Order dated October 17, 2014. Accordingly,
3  **IT IS ORDERED, ADJUDGED AND DECREED** that judgment be, and
4  hereby is entered in favor of Defendants CITY OF THOUSAND OAKS,
5  THOUSAND OAKS REDEVELOPMENT AGENCY and T.O. LAKES, LLC and
6  against Plaintiff FLOYD HUTCHINGS, and that Plaintiff's case against
7  Defendants is dismissed with prejudice.

DATED: October 23, 2014 _____ /s/ Gary Klausner
_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

1093346/21149636v.1

-2-
CORRECTED [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY OF THOUSAND OAKS, THOUSANDOAKS REDEVELOPMENT AGENCY AND T.O. LAKES, LLC AGAINST PLAINTIFF CASE NO. 14-0129 RGK (MAN)